**Dismiss and Opinion Filed May 14, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00512-CV

### IN RE DWAMETRIA NELSON, Relator

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-05377-C**

## MEMORANDUM OPINION

Before Justices Moseley, Fillmore, and Evans
Opinion by Justice Evans

Relator has filed a motion to dismiss her petition for writ of mandamus. Relator states

that the trial court vacated the order that was the subject of the mandamus petition. A copy of

the trial court's April 30, 2014 "Order to Vacate Order to Compel Answers to Discovery" is

attached to relator's motion. Accordingly, we grant the motion. We dismiss relator's petition for

writ of mandamus. *See* TEX. R. APP. P. 42.1.

/David Evans/
DAVID EVANS
JUSTICE

140512F.P05